UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. ZACHARY STANLEY RICE, Defendant. | Case No. MJ11-550 **DETENTION ORDER** |
|---|---|

Offenses charged:

Fictitious Obligation;
Theft of Government Property;
False Statement in a Passport Application;
Money Laundering; and
Forfeiture Allegations.

Date of Detention Hearing: November 3, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was arrested in this district on charges arising from the District of Oregon. He has lived in a number of states over the last few years moving between California, Oregon Nevada and Washington. He has traveled widely and recently visited Mexico. The government proffered it believes defendant has obtained passports in more than one name and that at least one passport is not accounted for. Defendant has some criminal history and importantly has an active outstanding warrant issued in California in late 2010.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of November, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge